```
 1 | LAWRENCE G. BROWN
   | Acting United States Attorney
 2 | AUDREY B. HEMESATH
   | Assistant United States Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 554-2729
 5 | Attorneys for Defendants
```

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| NARVINDER SINGH, | ) CV 09-cv-F-164 OWW SMS |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| MICHAEL CHERTOFF, et al., | ) **STIPULATION RE:** |
|  | ) **REMAND AND RESPONDENTS'** |
|  | ) **ANSWER AND** |
|  | ) **ORDER** |
| Defendants. | ) |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of this application. As of the time of this filing, the agency is prepared to adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 60 days from the date of the order of remand. In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.

Dated: March 25, 2009                    Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

By:    /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Respondents

By:    /s/ James M. Makasian
       James M. Makasian
       Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 60 days from the date of this Order.

IT IS SO ORDERED.

DATED: April 9, 2009                    /s/ OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE